

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-18-00738-CV

**IN RE JJH, A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02764
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The trial court signed a final judgment on September 11, 2018. Therefore, because this is an accelerated appeal, the notice of appeal was due to be filed October 1, 2018. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due on October 16, 2018. *See* TEX. R. APP. P. 26.3. Appellant filed a notice of appeal on October 11, 2018. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, she did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court